UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81137-CIV-CANNON

**JOSHUA BAXTER** and **SANDRA J. SUMMERS**,
individually and on behalf of others similarly situated,

    Plaintiffs,
v.

**CROSS COUNTRY HEALTHCARE, INC.,**
and **TRAVEL STAFF, LLC**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Unopposed Motion for Consolidated Briefing Schedule (the "Motion") [ECF No. 18], filed on August 31, 2022. The Court has reviewed the Motion and the full record. Upon review, the Motion [ECF No. 18] is **GRANTED IN PART AND DENIED IN PART** as follows.

1. Plaintiff's Unopposed Motion for Consolidated Briefing Schedule [ECF No. 18] is **GRANTED**.

2. Defendants' Motion to Compel Individual Arbitration [ECF No. 15] is **DENIED WITHOUT PREJUDICE** to be refiled as stated below.

3. Defendants shall file one Combined Motion to Compel Arbitration as to both Plaintiffs, on or before **September 16, 2022**. The page limit for the Combined Motion is hereby enlarged to thirty pages, double-spaced and fully justified.

4. Plaintiffs shall file a joint Response to Defendants' Combined Motion to Compel Arbitration on or before **October 7, 2022**. Plaintiffs shall be allotted thirty pages too, double-spaced and fully justified.

CASE NO. 22-81137-CIV-CANNON

5. Any replies in support of the Combined Motion are due no later than 7 days after the filing of Plaintiffs' Response and shall not exceed 20 pages.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 7th day of September 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record