UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-CV-81137-Cannon

JOSHUA BAXTER and SANDRA
SUMMERS, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

CROSS COUNTRY HEALTHCARE, INC.
and TRAVEL STAFF, LLC,

      Defendants.

## <u>JOINT STATUS REPORT</u>

Plaintiffs Joshua Baxter and Sandra Summers and Defendants Cross County Healthcare, Inc. and Travel Staff, LLC, through their respective undersigned counsel, hereby jointly notify the Court (per ECF No. 34) that on January 17, 2023, Plaintiffs Joshua Baxter and Sandra Summers individually filed demands for arbitration before the American Arbitration Association (AAA) regarding the validity and enforceability of their purported agreements to arbitrate disputes arising from their travel nurse contracts.  The parties are in the process of selecting arbitrators.[1]

Dated:  March 2, 2023

/s/ Gregg I. Shavitz                                /s/ Jurate Schwartz
Gregg I. Shavitz                                  Jurate Schwartz, Esq.
Alan L. Quiles                                     Florida Bar No. 0712094

---

[1] By submission of this letter pursuant to the Court's Order, Defendants are not consenting to or availing themselves of the jurisdiction of the Court.

SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Tel: (561) 447-8888
Fax: (561) 447-8831
gshavitz@shavitzlaw.com
aquiles@shavitzlaw.com

STUEVE SIEGEL HANSON LLP
J. Austin Moore*
Alexander T. Ricke*
K. Ross Merrill*
*pro hac vice
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
moore@stuevesiegel.com
ricke@stuevesiegel.com
merrill@stuevesiegel.com

*Attorneys for Plaintiff and the Putative Class
and Collective*

PROSKAUER ROSE LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
Tel:  (561) 241-7400
Fax: (561) 241-7145
Primary: jschwartz@proskauer.com
Secondary: florida.labor@proskauer.com

Steven J. Pearlman *(Pro Hac Vice)*
PROSKAUER ROSE LLP
70 West Madison
Suite 3800
Chicago, IL 60602
Tel: (312) 962-3545
Fax: (312) 962-3551
Email: spearlman@proskauer.com

*Attorneys for Defendant Cross Country
Healthcare, Inc. and Travel Staff, LLC*

2