**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81137-CIV-CANNON**

**JOSHUA BAXTER** and **SANDRA J. SUMMERS**,
individually and on behalf of others similarly situated,

      Plaintiffs,

v.

**CROSS COUNTRY HEALTHCARE,**
**INC.** and **TRAVEL STAFF, LLC**,

      Defendants.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary

Dismissal with Prejudice, filed on April 3, 2025 [ECF No. 61].  Pursuant to Rule 41(a)(1)(A)(ii),

the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and

dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*,

677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **DISMISSED WITH PREJUDICE**

as to the named Plaintiffs, effective April 3, 2025, the date on which the parties filed their

Stipulation of Dismissal [ECF No. 61].  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of April 2025.

                                      **AILEEN M. CANNON**
                                      **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record